IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-01915-AP

JONATHAN E. JOHANSEN,

    Plaintiff,

v.

MICHAEL ASTRUE,
COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION,

    Defendant.

---

### JOINT CASE MANAGEMENT PLAN

---

1. **APPEARANCES OF COUNSEL AND PRO SE PARTIES**

For Plaintiff:                    Christopher R. Alger
                                      McDivitt Law Firm
                                      1401 17th Street, Suite 300
                                      Denver, CO 80202
                                      Telephone: (303) 426-4878
                                      calger@mcdivittlaw.com

For Defendant:    Jessica Milano
Special Assistant United States Attorney
Assistant Regional Counsel
Office of the General Counsel
Social Security Administration
1001 Seventeenth Street
Denver, CO 80202
Telephone: (303) 844-7136
jessica.milano@ssa.gov

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

A. Date Complaint Was Filed: July 23, 2012

B. Date Complaint Was Served on U.S. Attorney's Office: July 31, 2012

C. Date Answer and Administrative Record Were Filed: October 1, 2012

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The record is complete and accurate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate the need for additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSESOTHER MATTERS

This case raises no unusual claims or defenses.

## 7.         BRIEFING SCHEDULE

A. Plaintiff's Opening Brief Due: November 21, 2012

B. Defendant's Response Brief Due: December 21, 2012

C. Plaintiff's Reply Brief Due: January 7, 2013

## 8. STATEMENTS REGARDING ORAL ARGUMENT

The parties do not request oral argument.

## 9. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

All parties have not consented to the exercise of jurisdiction by a Magistrate Judge.

## 10. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties filing motions for extension of time or continuances must comply with D.C. COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

Dated this 1st day of November, 2012

BY THE COURT:

s/ John L. Kane
UNITED STATES DISTRICT JUDGE

APPROVED:

UNITED STATES ATTORNEY

s/Christopher R. Alger
Christopher R. Alger
McDivitt Law Firm
1401 17th Street, Suite 300
Denver, CO 80202
Telephone: (303) 426-4878
calger@mcdivittlaw.com
Attorney for Plaintiff Jonathan E. Johansen

/s Jessica Milano
By: Jessica Milano
Special Assistant United States Attorney
Assistant Regional Counsel
Office of the General Counsel
Social Security Administration
1001 Seventeenth Street
Denver, CO 80202
Telephone: (303) 844-7136
jessica.milano@ssa.gov