IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-01915-AP

JONATHAN E. JOHANSEN,

    Plaintiff,

v.

MICHAEL ASTRUE,
COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION,

    Defendant.

---

### JOINT CASE MANAGEMENT PLAN

---

### 1. APPEARANCES OF COUNSEL AND PRO SE PARTIES

For Plaintiff:                    Christopher R. Alger
                                      McDivitt Law Firm
                                      1401 17th Street, Suite 300
                                      Denver, CO 80202
                                      Telephone: (303) 426-4878
                                      calger@mcdivittlaw.com

For Defendant: Jessica Milano
Special Assistant United States Attorney
Assistant Regional Counsel
Office of the General Counsel
Social Security Administration
1001 Seventeenth Street
Denver, CO 80202
Telephone: (303) 844-7136
jessica.milano@ssa.gov

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

A. Date Complaint Was Filed: July 23, 2012

B. Date Complaint Was Served on U.S. Attorney's Office: July 31, 2012

C. Date Answer and Administrative Record Were Filed: October 1, 2012

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The record is complete and accurate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate the need for additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSESOTHER MATTERS

This case raises no unusual claims or defenses.

## 7. BRIEFING SCHEDULE

A. Plaintiff's Opening Brief Due: November 21, 2012

B. Defendant's Response Brief Due: December 21, 2012

C. Plaintiff's Reply Brief Due: January 7, 2013

## 8. STATEMENTS REGARDING ORAL ARGUMENT

The parties do not request oral argument.

## 9. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

All parties have not consented to the exercise of jurisdiction by a Magistrate Judge.

## 10. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties filing motions for extension of time or continuances must comply with D.C. COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED <u>UPON THE MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

Dated this 1st day of November, 2012

BY THE COURT:

s/ John L. Kane
UNITED STATES DISTRICT JUDGE

APPROVED:

UNITED STATES ATTORNEY

s/Christopher R. Alger
Christopher R. Alger
McDivitt Law Firm
1401 17th Street, Suite 300
Denver, CO  80202
Telephone:  (303) 426-4878
calger@mcdivittlaw.com
Attorney for Plaintiff Jonathan E. Johansen

/s Jessica Milano
By:  Jessica Milano
Special Assistant United States Attorney
Assistant Regional Counsel
Office of the General Counsel
Social Security Administration
1001 Seventeenth Street
Denver, CO  80202
Telephone:  (303) 844-7136
jessica.milano@ssa.gov